IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL D. CANADA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:04-CV-00063 |
| v. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

The Plaintiff's *Motion for Attorney's Fees* [16] filed on June 23, 2006 by Michael D.

Canada ("Plaintiff") for an award of attorney's fees under the provisions of 42 U.S.C. § 406(b) is

now before this Court. In a *Response* [17] entered on July 11, 2006, the Defendant noted no

objection to the award of attorney's fees to the Plaintiff. Magistrate Judge B. Waugh Crigler

filed a *Report and Recommendation* [18] on July 14, 2006 recommending that this Court grant

the Plaintiff's *Motion for Attorney's Fees* filed under the *Social Security Act*, 206(b), 42 U.S.C.

§406(b), and award counsel for the Plaintiff $7,100.00 in attorney fees to be withheld from

Plaintiff's past due benefits.

Accordingly, the *Report and Recommendation* of the Magistrate Judge is hereby

**adopted**, the *Plaintiff's Motion for Attorney's Fees* of is hereby **granted**, and it is hereby

**directed** that fees of $7,100 be paid to the counsel for the Plaintiff.

The Clerk is directed to send a certified copy of this *Order* to all counsel of record and to

Magistrate Judge B. Waugh Crigler.

ENTERED this 18th day of July, 2006.

s/Jackson L. Kiser
Senior United States District Judge